IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 05-0096 |
| ) | |
| vs. ) | |
| ) | |
| STEPHEN RUMMANS, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 3, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), based upon the defendant's guilty plea entered on December 14, 2005, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture under the Forfeiture Allegation of the October 26, 2005, Indictment;

AND WHEREAS, on July 11, 2006, July 18, 2006, and July 25, 2006, the United States published notice of the forfeiture in the *Eldora Herald-Ledger,* a newspaper of general circulation in the area the firearms were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, on or about August 22, 2006, the Clerk of Court received a letter from Lawrence Rummans requesting that the firearms be given to him so they could be kept in the family;

AND WHEREAS, on November 6, 2006, a third-party evidentiary hearing was held before the Honorable John A. Jarvey, Chief Magistrate Judge, to hear the claim of Lawrence Rummans;

AND WHEREAS, on November 7, 2006, Magistrate Jarvey entered a Report and Recommendation denying Lawrence Rummans' claim to the firearms;

AND WHEREAS, no other third-party claims have been made for return of seized property against the firearms included in the Preliminary Order of Forfeiture entered on January 3, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Stephen Rummans, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

   (a) a Mossberg, 20-gauge shotgun, Model 185KA, no serial number;
   (b) a Wards Western Field, 16-gauge shotgun, serial #U105979; and
   (c) a Western Arms, 12-gauge shotgun, serial #19953

seized from defendant's vehicle on or about July 13, 2003.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5.  That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 21th day of November, 2006.

Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa